UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOBY T. JACKSON,<br><br>  Petitioner,<br><br>  v.<br><br>PATWIN HORN,<br><br>  Respondent. | Case No.: 1:25-cv-0257 JLT SAB<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING THE PETITION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Docs. 11, 13) |

    Jacoby Jackson is a state prisoner, proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, seeking review related to a conviction in 2023. (Doc. 1 at 1.) Respondent moved to dismiss the petition, asserting the "Court is foreclosed from reviewing Petitioner's federal challenge to his criminal conviction because the conviction was not final when he filed his federal petition on February 28, 2025." (Doc. 11 at 2; *see also id.* at 2-5.) In the alternative, Respondent argued that Petitioner has not exhausted his claims. (*Id.* at 5-6.) Petitioner did not oppose the motion

    The magistrate judge found the Court should abstain from addressing the decision pursuant to the *Younger* abstention doctrine. (Doc. 13 at 2-4.) The magistrate judge also found that Petitioner's did not exhaust his four grounds for relief related to ineffective assistance of counsel. However, the magistrate judge observed that only a *portion* of Ground One related to ineffective assistance of counsel, resulting in the petition being mixed. (*Id.* at 4-7.) The magistrate judge noted that dismissal was also appropriate for the mixed petition, to give Petitioner the opportunity to exhaust if he was able

1

to do so. (*Id.*) Therefore, the magistrate judge recommended the Court grant Respondent's motion to dismiss and dismiss the petition without prejudice. (*Id.*)

The Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 30 days. (Doc. 13 at 7.) The Court advised him that the "failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id*. at 8, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Petitioner did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated August 15, 2025 (Doc. 13) are **ADOPTED** in full.
2. Respondent's motion to dismiss (Doc. 11) is **GRANTED**.
3. The petition is **DISMISSED** without prejudice.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 25, 2025**

UNITED STATES DISTRICT JUDGE